IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No.  20-mj-47 |
| | * | |
| **TIA DEYON PUGH** | * | |

**ORDER**

This matter is before the Court on the United States' Motion to Seal a Criminal Complaint, Affidavit in Support of an Application for an Arrest Warrant, Arrest Warrant, Motion to Seal Criminal Complaint Documents, and Order on Motion to Seal Criminal Complaint Documents in the above-captioned matter. The Court, after having considered the motion and finding that the best interests of this case will be served by sealing the documents until such time that the defendant has attended her initial appearance hearing, ORDERS that the Criminal Complaint, Affidavit in Support of an Application for an Arrest Warrant, Arrest Warrant, Motion to Seal Criminal Complaint Documents, and this Order, and other associated documents in the above-captioned matter be sealed until such time.

The Court FURTHER ORDERS the United States to immediately notify the Clerk by the end of this period after the arrest warrant is executed and the defendant has attended her initial appearance hearing to indicate whether any portion of the case should remain under seal. If the United States indicates that there is no further need to keep the case under seal, the Clerk is DIRECTED to unseal the case, or a portion thereof as the United States advises, without further order of the Court.

DONE AND ORDERED this  5th  day of  June , 2020.

P. Bradley Murray U.S. Magistrate Judge
Digitally signed by P. Bradley Murray U.S. Magistrate Judge
DN: cn=P. Bradley Murray U.S. Magistrate Judge, o=Southern District of Alabama, ou=United States District Court, email=efile_murray@alsd.uscourts.gov, c=US
Date: 2020.06.05 13:42:23 -06'00'

HONORABLE P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE