# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| United States of America<br>v.<br>TIA DEYON PUGH<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 20-mj-47<br><br>FBI 11129505<br>2003-0605-1127-J |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TIA DEYON PUGH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 231(a)(3), Civil Disorder Offense

Date: June 5, 2020

*Issuing officer's signature*: P. Bradley Murray U.S. Magistrate Judge
(Digitally signed by P. Bradley Murray U.S. Magistrate Judge, Date: 2020.06.05 13:44:35 -06'00')

City and state: Mobile, Alabama

Hon. P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/5/2020, and the person was arrested on *(date)* 6/8/2020
at *(city and state)* Mobile, AL.

Date: 6/8/2020

*Arresting officer's signature*: Kristin Montiel

Kristin Montiel, PSS
*Printed name and title*