3

CJB

FILED IN OPEN COURT
JUN 24 2020
CHARLES R. DIARD, JR
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIM. NO. 20- 00073-TFM |
| | * MAG. NO. 20-mj-00047-M |
| v. | * USAO NO. 20R0235 |
| | * |
| TIA DEYON PUGH | * VIOLATION: |
| | *    18 U.S.C. § 231(a)(3) |
| | * |
| | * |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Impeding Law Enforcement During Civil Disorder
### Title 18, United States Code, Section 231(a)(3)

On or about May 31, 2020, in the Southern District of Alabama, Southern Division, the defendant,

**TIA DEYON PUGH,**

did knowingly commit an act, and attempt to commit an act, to obstruct, impede, and interfere with any law enforcement officer lawfully engaged in the performance of an official duty incident to and during the commission of a civil disorder, which in any way and to any degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce, in violation of Title 18, United States Code, Section 231(a)(3).

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

1

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

*[signature]*

CHRISTOPHER J. BODNAR
Assistant United States Attorney

*[signature]*

SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division

JUNE 2020