# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CRIMINAL NO.  CR-20-00073-TFM |
| | * | |
| TIA DEYON PUGH, | * | |
| | * | |
| Defendant. | * | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the Defendant, TIA DEYON PUGH, by and through undersigned counsel, and requests that the Court modify the Conditions of Release as entered by this Court on June 9, 2020, to allow a change in her place of residence as found in paragraph 8(r). In support of same, defendant shows as follows:

1. That paragraph 8(r) of the Order Setting Conditions of Release requires that defendant maintain residence with her mother at 1601 Knollwood Dr., Apt. 39, Mobile, AL 36609.

2. That on July 14, 2020, defendant and her fiancé were married, and as most married couples, they desire to live together as husband and wife. Attached to this motion is a copy of the couples' Alabama Marriage Certificate.

3. That defendant's husband, William Mason Baucom, resides in Mobile at Hunters Pointe Apartments, 3205 Lloyds Lane, Apt V-5, Mobile, AL 36693. Defendant requests that she be allowed to live with her husband at said address in Mobile.

4.  That counsel for the United States and U.S. Pretrial Services have been consulted, and neither are opposed to this modification request. All other terms of the release order will remain the same.

5.  Defendant further submits that modification of her release conditions will not compromise the purposes of §18 U.S.C. 3142 or 3143.

Respectfully submitted,

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III
Attorney at Law
P.O. Box 1464
Mobile, Alabama 36633
Telephone: 251-434-6428
gga3@arserv.com

## CERTIFICATE OF SERVICE

I certify that on this 29th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to:

Christopher Bodner, Esq.
United States Attorney's Office
63 N. Royal Street, Suite 600
Mobile, AL. 36601

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III