## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-00073-TFM-N |
| | ) |
| TIA DEYON PUGH, | ) |
|     Defendant. | ) |

### ORDER SETTING TELEPHONIC PRETRIAL CONFERENCE

Trial for Defendant TIA DEYON PUGH has been continued to the Court's December 2020 criminal term. (*See* Doc. 39). Accordingly, said Defendant is hereby set for a telephonic pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1 and S.D. Ala. CrLR 17.1(b) before the undersigned Magistrate Judge on **Tuesday, November 10, 2020**, beginning at **9:00 a.m. (Central Time)**.[1] The provisions governing pretrial conferences set forth in the Court's Order on Arraignment (Doc. 22) remain in effect.

To access the telephonic conference, the parties are to use the following numbers:

        CALL IN        888-278-0296

        ACCESS CODE   3668069

**DONE** and **ORDERED** this the 19th day of October 2020.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* S.D. Ala GenLR 72(a)(2)(N) (authorizing the magistrate judges of this district to conduct proceedings and issue orders under Fed. R. Crim. P. 17.1).