IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 20-00073-TFM |
| | * | |
| TIA DEYON PUGH | * | |

## JOINT MOTION TO CONTINUE TRIAL

COMES NOW the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and Tia Pugh through her counsel Gordon Armstrong, who jointly file this motion to continue the trial currently set for the December 2020 trial term until the February 2021 trial term.

Based on conversations with the Court, it is our collective understanding that there are more trials set for the December term than there are trial slots. In light of this, both parties have discussed the matter of a continuance, and believe this trial would be good candidate for a continuance to free up a trial slot for a couple of reasons.

First, Ms. Pugh is not in custody, but rather is released on minimal conditions. She has spoken with Mr. Armstrong and has consented to this continuance request.

Second, both Mr. Armstrong and the Undersigned are co-lead counsel on a complex, multi-week pharmaceutical drug and healthcare fraud trial that will begin in this Court on January 11, 2021. *See United States v. Maltbia, et al.*, 19-cr-00209-JB. The Undersigned and Mr. Armstrong have been preparing for the Maltbia trial for many months, and continuing the trial of Ms. Pugh would allow both counsel to focus on the Maltbia trial.

Neither the United States nor Ms. Pugh is asking for this continuance as a delay tactic. Rather, if it is true that there are not enough trial slots for all the trials schedule for December, then the parties believe that this is an appropriate trial to continue. Thus, we are volunteering our trial slot, if needed, in the same fashion that one volunteers to give up their seat on an oversold flight.

Respectfully submitted,

| | |
|---|---|
| RICHARD W. MOORE<br>UNITED STATES ATTORNEY | By: */s/ Gordon Armstong*<br>Gordon Armstrong<br>Attorney for Tia Deyon Pugh |
| By: */s/Christopher J. Bodnar*<br>Christopher J. Bodnar<br>Assistant United States Attorney<br>63 South Royal Street, Suite 600<br>Mobile, Alabama 36602<br>(251) 441–5845 | *Electronically signed by Chris Bodnar with express consent from Gordon Armstrong* |