IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA           :

VS.                                : CRIMINAL NO. 20-00073-TFM-MU

TIA DEYON PUGH                     :

PRETRIAL CONFERENCE ORDER

A pretrial conference was held in this action on January 12, 2021, pursuant to Fed.R.Cr.P. 17.1, S.D. Ala. CrLR 17.1 (August 1, 2015) and the Court's internal operating policy relating to criminal cases. Those participating in the conference were:

Christopher Bodnar
ASSISTANT UNITED STATES ATTORNEY

Gordon Armstrong
Thomas Wood
COUNSEL FOR DEFENDANT

After discussing the status of this criminal action with the conference participants, the Court determines that this case is ready for trial. Accordingly, it is ORDERED that this case be scheduled for trial during the February 2021 criminal term, with jury selection commencing on **February 22, 2021**. The parties estimate the trial to consume **one** day for the Government and **a half** day for the defendant; total trial time is estimated to consume **one and a half** days, exclusive of time required for jury selection.

As part of the pretrial conference, the parties were heard on all issues pending before the Magistrate Judge. They were encouraged to also identify any and all pretrial problems and/or issues amenable to pretrial resolution, the resolution of which would promote the just, speedy and efficient determination of all charges against the defendant. The actions taken by the Court, as well as the problems and/or issues identified during the conference

are memorialized as follows:

1.    There are no pending motions.

2.    The parties were able to informally resolve all pretrial matters pending before the Magistrate Judge, except for: None.

3.    The parties have or will attempt to stipulate to the following information:

        a.    Federal nexus
        b.    Authenticity of Videos

4.    The parties have identified the following issue(s) that may be disputed should a sentencing hearing become necessary:  None.

5.    Counsel identified their conflicts during the February 2021 criminal term as follows:

AUSA:    None.

DEFENSE:    Mr. Armstrong will be attending a CJA National Conference on February 25, 2021; has trials in State Court on February 5, 2021 and February 10, 2021.

6.    Juror questionnaires will be filed in CM/ECF and available for the parties' review on the **Thursday before jury selection, after 2:00 p.m.**, **Counsel's failure to review these questionnaires shall be deemed a waiver of the opportunity to ask the same questions during voir dire.**

7.    Any proposed *voir dire* questions are to be filed by **the Thursday before jury selection.**

8.    If the parties to this action wish to proceed with jury selection before a United States Magistrate Judge, a consent shall be filed no later than **the Thursday before jury selection**.

DONE and ORDERED this 15th day of January, 2021.

s/P. BRADLEY MURRAY_____
UNITED STATES MAGISTRATE JUDGE