IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 20-00073-TFM |
| | * | |
| **TIA DEYON PUGH** | * | |

### UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE AND TO CONTINUE TRIAL

COMES NOW the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and files this unopposed motion to extend the deadline for the United States to respond to defendant Tia Pugh's motion to dismiss the indictment, as well as to continue the trial currently set for February 22, 2021.

#### RELEVANT BACKGROUND AND PROCEDURAL HISTORY

On May 25, 2020, George Floyd died while in the custody of the Minneapolis Police Department. The nature and circumstances of Mr. Floyd's arrest, subsequent death, and the actions of the Minneapolis Police Department came under intense public scrutiny. Almost immediately following Mr. Floyd's death, public protests began in Minneapolis and expanded throughout the United States, including to Mobile.

On May 31, 2020, a planned protest related to the death of Mr. Floyd occurred in downtown Mobile. During the course of this protest, approximately 100 individuals left the protest route and gathered on the Water Street on-ramp to Interstate 10. This resulted in the ramp's closure for approximately one hour. Mobile Police Officers were deployed to the scene to prevent individuals from blocking the main spans of I-10. To accomplish this, MPD set up a makeshift barricade using police vehicles. While MPD Officers were responding to this dangerous situation on the on-ramp, a then-unidentified woman ran out from the crowd and smashed the passenger side front window of one of police vehicles with a bat. This violent act was captured by local news stations. The woman was subsequently identified as defendant Tia Pugh.

On June 24, 2020, Pugh was indicted on a single charge of knowingly obstructing, impeding, or interfering with law enforcement while law enforcement was engaged in the performance of an official duty incident to or during the commission of a civil disorder, in violation of 18 U.S.C. § 231(a)(3). [Doc. No. 16]  Over the course of the next seven months, Pugh did not challenge her indictment or the constitutionality of Section 231(a)(3).

On January 19, 2021, this Court set Pugh's trial to begin on February 22, 2021.  Since many trials across the country have been postponed due to the COVID-19 pandemic, Pugh was scheduled to be the first defendant charged with violating Section 231(a)(3) in 2020 to go to trial.

One week later — and less than a month before trial — Pugh filed a 39-page motion to dismiss her indictment coupled with a 214-page appendix.  [Doc. Nos. 52, 54]  In her motion, Pugh challenges the constitutionality of Section 231(a)(3).  Immediately after this motion was filed, defense counsel reached out to the United States, and the parties discussed that the filing of this motion at such a late date would almost certainly necessitate continuing the trial.

## BASIS FOR REQUEST TO EXTEND RESPONSE DEADLINE AND CONTINUE TRIAL

Pugh's motion to dismiss appears to be part of a coordinated, nationwide effort by defense counsel representing defendants charged with violating Section 231(a)(3).  In recent days, nearly identical motions to dismiss have been filed in multiple districts across several circuits.

Since Tuesday evening, the Undersigned has been in repeated discussions with counterparts in the Department of Justice — Counterterrorism Section, which oversees all of these cases. This afternoon, it was decided that a coordinated response from the United States was necessary, and that such response would have to be vetted and approved by Main Justice.  The Undersigned was told that this process would take at least 45 days, and therefore, an extension of the response deadline and a continuance of this trial would be necessary.

## REQUESTS FOR RELIEF

In light of the unique needs associated with responding to this motion to dismiss, the United States respectfully requests this Court extend the deadline for the United States' response for 45 days.[1]  If additional time beyond 45 days appears to be necessary, the United States will inform the Court and defense counsel as soon as possible.

In addition, since trial is currently set to begin in 23 days, a continuance of the current trial setting is also necessary to give the United States sufficient time to respond, for defense counsel to reply, and for this Court to rule on Pugh's motion.  Accordingly, the United States respectfully requests that the trial set to begin on February 22, 2021 be continued to a later date.

The United States has discussed all of these matters with defense counsel, and neither defense counsel nor Pugh object to the United States' requests for relief.

Respectfully submitted this 28th day of January, 2021.

        RICHARD W. MOORE
        UNITED STATES ATTORNEY

By: *s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441-5845

---

[1]  Presently, the United States' response deadline is set for February 5, 2021.  [Doc. No. 53]