**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 20-00073-TFM |
| | * | |
| **TIA DEYON PUGH** | * | |

### UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

COMES NOW the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and files this unopposed motion to extend — for an additional fourteen days — the United States' deadline to respond to defendant Tia Pugh's motion to dismiss the indictment. The current response deadline is March 12, 2021.

### RELEVANT PROCEDURAL HISTORY

On January 26, 2021, defendant Tia Pugh filed a 39-page motion to dismiss her indictment coupled with a 214-page appendix. [Doc. Nos. 52, 54] Pugh's motion challenges the constitutionality of 18 U.S.C. § 231(a)(3), which is the sole charge against her. *Id.* Initially, the Court ordered the United States to respond to this motion "no later than February 5, 2021." [Doc. No. 53]

On January 28, 2021, the United States filed an unopposed motion to extend its deadline to respond to Pugh's motion to dismiss. [Doc. No. 55] The United States requested a 45-day extension of the response deadline, and noted, "If additional time beyond 45 days appears to be necessary, the United States will inform the Court and defense counsel as soon as possible." [*Id.*, p. 3] This unopposed motion was granted, and the deadline for the United States to respond to Pugh's motion to dismiss was set for March 12, 2021. [Doc. No. 56]

1

## UNOPPOSED REQUEST FOR RELIEF

The United States has been diligently working on its response to Pugh's motion to dismiss. However, additional time is needed to conduct legal research and to coordinate with components of the Department of Justice. Accordingly, the United States respectfully requests that its response deadline be extended for an additional 14 days, which would be Friday, March 26, 2021.

The United States spoke with Pugh's counsel, Gordon Armstrong, about this request earlier this afternoon, and he has no objection to this extension request.

Respectfully submitted this 8th day of March, 2021.

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441-5845