```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

UNITED STATES OF AMERICA,      *
                               *
vs.                            *  CRIMINAL NO. 20-00073-TFM-B
                               *
TIA DEYON PUGH,                *
                               *
      Defendant.               *
```

### PRETRIAL CONFERENCE ORDER

A pretrial conference was held, via telephone, on March 9, 2021, before the undersigned Magistrate Judge. Conference participants included Gordon Armstrong and Thomas Wood, counsel for Defendant Tia Deyon Pugh, and Assistant U.S. Attorneys Christopher Bodnar and Justin Kopf, counsel for the Government.

As a result of the conference, the following schedule is set:

Trial. The District Judge will set this action for jury selection on **March 29, April 5, 12, 19, or 26, 2021, with trial proceeding thereafter**. The parties estimate that the trial of this action will take approximately **1.5 to 2 days, including jury selection.**

Juror questionnaires will be filed in CM/ECF and available for counsel's review after **2:00 p.m.** on the **Thursday** preceding jury selection. Counsel's failure to review these questionnaires will be deemed a waiver of the opportunity to ask the same questions during voir dire.

Any proposed voir dire questions are to be filed not later than **March 31, 2021.**

Counsel for the Defendant and for the Government consented to jury selection by a Magistrate Judge. Counsel shall file an executed Consent to Proceed Before a United States Magistrate Judge for Selection of the Jury in a Felony Case form no later than on **March 31, 2021.**

Special requests or trial problems:

Gordan Armstrong, counsel for the Defendant, advised that he has a personal conflict the first week of April. Thomas Wood, co-counsel for the Defendant, stated that he has a personal conflict the first week of April, and he has a one-day, state court civil trial scheduled for April 16, 2021. Counsel for Defendant has requested that the trial be set in late April so that the pending motion to dismiss can be fully briefed and resolved.

Justin Kopf, counsel for the Government, has another case, United States v. Ramon Enrique Acosta-Leon, Criminal Action No. 20-114-CG, that is also scheduled for trial during the April trial term.

Motions:

Defendant's motion to dismiss indictment is pending. (Doc. 52).

Stipulations:

Counsel for the Government shall proffer any proposed

stipulations to defense counsel by March 12, 2021, and defense counsel shall confer with their client and advise counsel for the Government by March 19, 2021, whether Defendant will agree to the requested stipulations.

**DONE** this **9th** day of **March, 2021.**

                                          **/s/ SONJA F. BIVINS**
                                **UNITED STATES MAGISTRATE JUDGE**