**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 20-CR-00073-TFM** |
| | ) | |
| **TIA DEYON PUGH** | ) | |
| | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

Comes now the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, to respectfully notify the Court that United States Department of Justice Trial Attorney, Michael J. Dittoe, is now co-counsel attorney of record for the United States in this case, **in addition to** all previously listed Assistant United States Attorneys.

Respectfully submitted this 12th day of April, 2021.

Respectfully Submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY


/s/ *Christopher J. Bodnar*
Assistant United States Attorney
United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845