IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   Criminal No. 20-CR-00073-TFM |
| v. | * |
| | * |
| TIA DEYON PUGH | * |
| | * |

## SUPPLEMENTAL RESPONSE TO MOTION TO DISMISS

Comes now the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and files this supplemental response to defendant Tia Pugh's motion to dismiss. *See* [Doc. Nos. 52 (Pugh's motion to dismiss), 66 (United States' response)]

Since filing its response, the United States became aware of a decision handed down in the District of Minnesota, which is relevant to this matter. *See United States v. Rupert*, 2021 WL 942101, 2021 U.S. Dist. LEXIS 46798 (D. Minn. Mar. 12, 2021). Specifically, the decision supports the United States' response addressing Pugh's overbreadth challenge to Section 231(a)(3). *See* [Doc. 66, pp. 28-39].

In *Rupert*, the defendant challenged the constitutionality of 18 U.S.C. § 231(a)(3) on the grounds that it was facially overbroad. In rejecting the defendant's arguments, the Court explained:

> [Section 231(a)(3) does] not expressly regulate First Amendment expression. [It] applies only to violent physical acts, not speech. It covers only acts to impede, obstruct, or interfere with law enforcement — it does not purport to reach speech of any kind. . . . Because Section 231(a)(3)

does not apply to First Amendment activity, [the defendant's] facial overbreadth challenge to [Section 231(a)(3)] fails.

*Rupert*, 2021 U.S. Dist. LEXIS 46798 at *23 (internal citations and quotations omitted).

The United States provides this supplement in advance of the April 15, 2021 hearing on this matter as the United States intends to rely on *Rupert* as persuasive authority with regard to Pugh's overbreadth challenge to Section 231(a)(3).

Respectfully submitted this 12th day of April, 2021.

    SEAN P. COSTELLO
    UNITED STATES ATTORNEY

    By: */s/Christopher J. Bodnar*
    Christopher J. Bodnar
    Assistant United States Attorney
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    (251) 441–5845
    christopher.bodnar@usdoj.gov


    By: */s/Justin D. Kopf*
    Justin D. Kopf
    Assistant United States Attorney
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    (251) 441–5845
    justin.kopf@usdoj.gov


    By: */s/Michael J. Dittoe*
    Michael J. Dittoe
    Trial Attorney
    United States Department of Justice
    National Security Division, Counterterrorism Section
    950 Pennsylvania Ave, N.W., Room 7619A
    Washington, D.C.  20530
    michael.dittoe@usdoj.gov