IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) CRIMINAL NO. 20-CR-00073-TFM |
| | ) |
| **TIA DEYON PUGH** | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, to respectfully notify the Court that United States Department of Justice Trial Attorney, Michael J. Dittoe, is now co-counsel attorney of record for the United States in this case, **in addition to** all previously listed Assistant United States Attorneys.

Respectfully submitted this 15th day of April, 2021.

Respectfully Submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: /s/ *Michael J. Dittoe*
Michael J. Dittoe
Trial Attorney
United States Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Ave, N.W., Room 7619A
Washington, D.C.  20530
michael.dittoe@usdoj.gov