CJB/JDK

FILED IN OPEN COURT
APR 29 2021
CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIM. NO. 20-CR-00073-TFM |
| v. | * |
| | * VIOLATION: |
| TIA DEYON PUGH | * 18 U.S.C. § 231(a)(3) |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### GENERAL ALLEGATIONS

1. **TIA DEYON PUGH** ("**PUGH**") is a resident of Mobile, Alabama.

2. On or about May 25, 2020, George Floyd died while in police custody in Minneapolis, Minnesota. Nationwide protests followed.

3. On or about May 31, 2020, a protest occurred in Mobile, Alabama. The protest followed a planned route and was joined by the Chief of Police from the Mobile Police Department ("MPD").

### PUGH'S CONTACT WITH LAW ENFORCEMENT

4. On or about May 31, 2020, **PUGH** and others broke away from the planned protest route and gathered in the vicinity of an on-ramp leading to Interstate 10, a public interstate highway.

5. Law enforcement officers constructed a makeshift barricade to block access onto Interstate 10. The makeshift barricade consisted of marked police vehicles belonging to MPD and law enforcement officers.

1

6. Law enforcement officers from MPD ordered **PUGH** and others gathered at the on-ramp leading to Interstate 10 to disperse. When **PUGH** and others did not disperse, officers from MPD deployed tear gas in an effort to disperse the crowd.

7. At some point after officers from MPD deployed tear gas, **PUGH** approached a marked police vehicle that formed part of the makeshift barricade and, using a bat, smashed the police vehicle's front passenger-side window. On or about the time that **PUGH** smashed the window, an officer from MPD was exiting the vehicle.

8. After **PUGH** smashed the window on the police vehicle, officers from MPD deployed to stand guard at the vehicle to prevent theft of weapons, ammunitions, and communications devices located inside the vehicle, or further damage to the vehicle.

## COUNT ONE
### Obstructing Law Enforcement During a Civil Disorder
### Title 18, United States Code, Section 231(a)(3)

9. Paragraphs 1 through 8 are incorporated herein.

10. On or about May 31, 2020, in the Southern District of Alabama, Southern Division, the defendant,

**TIA DEYON PUGH,**

did knowingly commit an act, and attempt to commit an act, to obstruct, impede, and interfere with law enforcement officers lawfully engaged in the performance of their official duties incident to and during the commission of a civil disorder, which in any way and to any degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce, in violation of Title 18, United States Code, Section 231(a)(3).

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

_____
CHRISTOPHER J. BODNAR
Assistant United States Attorney

_____
JUSTIN D. KOPF
Assistant United States Attorney

_____
SEAN P. COSTELLO
Chief, Criminal Division

APRIL 2021

3