FILED IN OPEN COURT

APR 29 2021

CHARLES R. DIARD, JR.
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 20-CR-00073-TFM |
| | * | |
| v. | * | |
| | * | VIOLATION: |
| TIA DEYON PUGH | * | 18 U.S.C. § 231(a)(3) |
| | * | |

## NOTICE TO THE COURT

COMES NOW the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and respectfully files this notice pursuant to the Court's Local Rules in order to briefly describe the differences between the original and superseding indictment.

There are no additional charges, or omitted charges, in the superseding indictment. Both the original indictment and superseding indictment charge Pugh with violating 18 U.S.C. § 231(a)(3). However, the superseding indictment alleges this offense with greater specificity.

Respectfully submitted on April 26, 2021.

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: /s/ *CHRISTOPHER J. BODNAR*
Christopher J. Bodnar
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

1