## PENALTY PAGE

16

CASE STYLE:        UNITED STATES v. TIA DEYON PUGH

DEFENDANT:         TIA DEYON PUGH

USAO NUMBER:       20R00235

AUSAs:             Christopher J. Bodnar
                   Justin D. Kopf

CODE VIOLATION:

    COUNT 1:       18 U.S.C. § 231(a)(3) (Impeding Law Enforcement During Civil Disorder)

PENALTIY:

    COUNT 1:       5 yrs/$250,000/3 yrs SRT/$100 SA

4