IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **vs.** | * | **CRIMINAL NO. 20-00073-TFM-B** |
| **TIA DEYON PUGH** | * | |
| Defendant. | * | |

## ORDER ON ARRAIGNMENT
## SUPERSEDING INDICTMENT

Defendant **Tia Deyon Pugh** appeared in person in open Court with appointed counsel, Gordon Armstrong and Thomas Wood, on May 5, 2021 and was arraigned in accordance with Rule 10 of the Federal Rules of Criminal Procedure, on the superseding indictment. Appearing for the Government were Assistant United States Attorneys Christopher Bodnar and Justin Kopf.

PLEA.   The Defendant entered a plea of **NOT GUILTY**.

TRIAL.   Trial in this case is set for the **May 2021** trial term with jury selection scheduled for **May 17, 2021 at 8:45 a.m.**

DONE this **6th** day of **May, 2021.**

/s/SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**