**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CRIMINAL NO.  CR-20-00073-TFM |
| | * | |
| TIA DEYON PUGH, | * | |
| | * | |
| Defendant. | * | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

COMES NOW the Defendant, TIA DEYON PUGH, by and through undersigned counsel, and requests that the Court modify the Conditions of Release as entered by this Court on June 9, 2020, ECF 15, and as modified by endorsed order on July 29, 2020 ECF 27, to remove, terminate and/or discontinue the requirement of location monitoring in paragraph 8(p). In support of same, defendant shows as follows:

1.     That Pugh has been on conditions of release without issue since June 9, 2020.

2.     That this matter is set for a jury trial on May 17, 2021. As such, she intends to dress appropriately for a trial and the ankle monitor required by paragraph 8(p) will be visible to the jury.  Counsel seeks to minimize any bias, prejudice or unintended/misconstrued negative visual image or message that such a monitoring device may create in the mind of potential jurors or the petite jury selected to decide this case.

4.     That counsel for the United States and U.S. Pretrial Services have been consulted, and neither are opposed to this modification request. All other terms of the release order will remain the same.

5.      Defendant further submits that modification of her release conditions will not

compromise the purposes of §18 U.S.C. 3142 or 3143.

Respectfully submitted,

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III
Attorney at Law
P.O. Box 1464
Mobile, Alabama 36633
Telephone: 251-434-6428
gga3@arserv.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of May, 2021, I electronically filed the foregoing
with the Clerk of the Court using CM/ECF system which will send notification of such
filing to:

Christopher Bodner, Esq.
Justin D. Kopf, Esq.
United States Attorney's Office
63 N. Royal Street, Suite 600
Mobile, AL. 36601

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III