IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   Criminal No. 20-0073-TFM |
| v. | * |
| | * |
| TIA DEYON PUGH | * |
| | * |
| | * |

### UNITED STATES' MOTION FOR A PRELIMINARY JURY INSTRUCTION

Comes now the United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and requests that this Court give the jury the following proposed preliminary jury instruction in addition to the Eleventh Circuit's pattern preliminary instructions.[1]

Respectfully submitted this 12th day of May, 2021.

SEAN P. COSTELLO
UNITED STATES ATTORNEY
by:

By: /s/ *Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845

By: /s/ *Justin D. Kopf*
Justin D. Kopf
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845

---

1   https://www.ca11.uscourts.gov/sites/default/files/courtdocs/clk/FormCriminalPatternJuryInstructionsCurrentComplete.pdf?revDate=20200227   (last viewed May 12, 2021)

1

**PROPOSED PRELIMINARY JURY INSTRUCTION FOR 18 U.S.C. § 231(A)(3)**

Count One charges defendant Tia Pugh with obstructing law enforcement during the course of a civil disorder, in violation of Title 18, United States Code, Section 231(a)(3).

It is a Federal crime for anyone to knowingly and intentionally obstruct, impede, or interfere with, or to attempt to obstruct, impede, or interfere with, a law enforcement officer while he or she is engaged in the lawful performance of his or her official duties incident to or during a civil disorder, which in any way or degree obstructs, delays or adversely affects interstate commerce.

The term "civil disorder," as it is used in this statute, means any public disturbance involving acts of violence by a group of three or more persons, which causes an immediate danger of or results in damage or injury to the property or person of any other individual.

Interstate commerce means commerce or travel between one state, territory or possession of the United States and another state, territory, or possession of the United States, including the District of Columbia.

The defendant can be found guilty of the charge in Count One only if all of the following facts are proved beyond a reasonable doubt:

(1) The defendant knowingly committed an act, or attempted to commit an act, with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers;

(2) At the time of the defendant's actual or attempted act, the law enforcement officer or officers were engaged in the lawful performance of their official duties incident to and during a civil disorder, as that term is defined above; and

(3) The civil disorder obstructed, delayed, or adversely affected interstate commerce, or the movement of any article or commodity in interstate commerce, in any way or to any degree.