**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal No. 20-cr-0073-TFM** |
| **v.** | * | |
| | * | |
| **TIA DEYON PUGH** | * | |
| | * | |
| | * | |

**OBJECTION TO DEFENSE'S PROPOSED JURY INSTRUCTION
CONCERNING THE UNITED STATES' BURDEN**

Comes now the United States, by and through, Sean P. Costello, the United States Attorney for the Southern District of Alabama, and files this objection to defendant Tia Deyon Pugh's proposed jury instruction concerning the United States' burden at trial.

On May 16, 2021, Pugh filed three proposed final jury instructions. [Doc. No. 104] The first instruction, which Pugh entitles "Presumption of Innocence; Proof Beyond a Reasonable Doubt", is not a pattern jury instruction in this circuit. Yet, both these legal concepts are covered by existing Eleventh Circuit Pattern Jury Instructions — Basic Instruction 2.1/2.2 (Presumption of Innocence), and Basic Instruction 3 (Definition of "Reasonable Doubt"). The United States has already proposed using these Eleventh Circuit's Pattern Instructions. [Doc. No. 102, pp. 3–4]

Pugh provides this Court with no reason to deviate from the instructions explicitly approved by the Eleventh Circuit concerning the United States' burden at trial. Accordingly, Pugh's first proposed jury instruction should be rejected, and this Court should instead provide Basic Instruction 3 when instructing the jury on the concept of reasonable doubt.[1]

Respectfully submitted this 16th day of May 2021.

---

[1] The United States does not object to the second and third instructions proposed by Pugh. These instructions mirror Basic Instructions 2.1 and 2.2, which were both proposed by the United States as well. [Doc. No. 102, p. 3] Which instruction is appropriate will depend on whether Pugh testifies at trial.

1

SEAN P. COSTELLO
UNITED STATES ATTORNEY
by:

By: */s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845

By: */s/Justin D. Kopf*
Justin D. Kopf
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845