STYLE OF CAUSE

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
                            )
                            )
                            )
              -VS-          )    CASE NO.  20-00073-TFM
                            )
TIA DEYON PUGH,             )
                            )
   Defendant.               )
                            )
                            )
                            )

DEFENDANT'S EXHIBITS

| Trial held 5/17, 18 & 19/2021 | FOR IDENTIFICATION ONLY | ADMITTED IN EVIDENCE |
|---|---|---|
| 1. DVD of WALA Fox 10 video of Marchers & Stipulation | | X |
| 2. Photo of Marchers | | X |
| 3. Photo of Marchers at Bienville Square | | X |
| 4. DVD of AL.com Video of Incident | | X |
| 5. Photo of I-10 Ramp Exit 26B | | X |
| 6. Photo of marchers and gas | | X |
| 7. Photo of marchers and gas | | X |
| 8. Photo of marchers and gas with officers moving forward | | X |
| 9. Photo of marchers and gas with offers moving further forward | | X |
| 10. Photo of marchers | | X |
| 11. DVD of incident - cumulative compilation | | X |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# STIPULATION

The parties agree that Defendant's Exhibit 1 is a DVD containing a copy of portions of local news video originally streamed live by WALA FOX 10 News online on May 31, 2020.

The parties further agree that the video contained on Defendant's Exhibit 1 is authentic, relevant, and admissible during this trial.

Accordingly, the Defendant need not call a witness from WALA FOX 10 News prior to the admission of this video.

Tia Pugh
Defendant

Gordon Armstrong
Attorney for Tia Pugh

Thomas Wood
Attorney for Tia Pugh

Christopher J. Bodnar
Assistant United States Attorney

Justin D. Kopf
Assistant United States Attorney

ADMITTED
IN   5/17/21
EVIDENCE



DEFENDANT'S
EXHIBIT

CASE
NO.   20-73-TFM

EXHIBIT
NO.   1







U.S. v. Tia Pugh
Case No. 20-CR-00073-TFM

Government Exhibit 4

GOVERNMENT
EXHIBIT
4

CR-20-73-TFM

ADMITTED
IN   5·17·21
VIDENCE















DEFENDANT'S
ADMITTED EXHIBIT
IN   5/13/21
CASE
NO. CR-20-73
EXHIBIT
NO. 8





