**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CRIMINAL NO.  CR-20-00073-TFM |
| | * | |
| TIA DEYON PUGH, | * | |
| | * | |
| Defendant. | * | |

**UNOPPOSED MOTION FOR LEAVE OF COURT
TO FILE MOTION UNDER SEAL**

COMES NOW the Defendant, Tia Deyon Pugh, by and through undersigned counsel, and moves the Court for leave to file a motion under seal, and in support, shows as follows:

1.  Defendant is scheduled to be sentenced on August 19, 2021 at 1:30pm.

2.  That in preparation for sentencing, Defendant has disclosed factual information that requires counsel to retain an expert to evaluate. Said information is confidential in nature and will be explained in more detail in the motion to be filed under seal.

3.  Undersigned has discussed same with counsel for the United States to provide notice of said disclosure of information, and the United States does not oppose same.

For the foregoing reasons, Defendant respectfully moves for leave of court to file said motion under seal.

Respectfully submitted,

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III

Attorney at Law
P.O. Box 1464
Mobile, Alabama 36633
Telephone: 251-434-6428

**CERTIFICATE OF SERVICE**

I certify that on this 23th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to:

Christopher Bodnar, Esq.
Justin Kopf, Esq.
United States Attorney's Office,
63 N. Royal Street, Suite 600
Mobile, AL. 36601

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III