IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   Criminal No. 20-0073-TFM |
| v. | * |
| | * |
| TIA DEYON PUGH, | * |
| | * |
| | * |

**NOTICE TO COURT**

Comes now the United States, by and through, Sean P. Costello, the United States Attorney for the Southern District of Alabama, and gives notice to this Honorable Court that the revocation hearing set at 1:00 p.m., June 24, 2021, in the above styled case may extend past half an hour. Late this afternoon, the United States received the body camera footage of the defendant's arrest on June 12, 2021, which is the subject of upcoming revocation hearing. The length of the video is 35 minutes and 19 seconds. The United States submits that the entire video is relevant to the issues of revocation and detention. As such, the United States intends to play the video at the revocation hearing.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY
by

By: /s/*Justin D. Kopf*
Justin D. Kopf
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602

By: /s/*Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602