# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 20-00073-TFM |
| | ) |
| TIA DEYON PUGH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter came on for a hearing on June 24, 2021, regarding the Petition regarding violation of conditions of release. In attendance were Assistant U.S. Attorney Justin Kopf, Defense Counsel Gordon Armstrong, and Pretrial Services Officer Clay Marsal. Defendant advised that she did not contest the allegations in the petition; however, the Government presented testimony of the arresting officer regarding the violation.

The Court found that the Defendant violated her conditions of release, but further found that Defendant was not a risk of flight, and that it could impose conditions that would address any potential danger the Defendant may pose to the community, and re-imposed the location monitoring and curfew conditions as set forth in the Order Setting Conditions of Release entered on June 9, 2021 (Doc. 15).

**DONE and ORDERED** this 25th day of June, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE