### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CRIMINAL NO. CR-20-00073-TFM |
| | * | |
| TIA DEYON PUGH, | * | |
| | * | |
| Defendant. | * | |

### UNOPPOSED MOTION FOR LEAVE OF COURT
### TO FILE SENTENCING MEMORANDUM UNDER SEAL

COMES NOW the Defendant, Tia Deyon Pugh, by and through undersigned counsel, and moves the Court for leave to file her Sentencing Memorandum under seal, and in support, shows as follows:

1. Defendant is scheduled to be sentenced on August 19, 2021 at 1:00pm.

2. Defendant submits that information contained in her sentencing memorandum is personal, confidential, and protected. Counsel for the United States will be served via separate email.

3. Undersigned has discussed same with counsel for the United States to provide notice of said disclosure of information, and the United States does not oppose same.

For the foregoing reasons, Defendant respectfully moves for leave of court to file said sentencing memorandum under seal.

Respectfully submitted,

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III
Attorney at Law
P.O. Box 1464
Mobile, Alabama 36633
Telephone: 251-434-6428

## **CERTIFICATE OF SERVICE**

    I certify that on this 16th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to:

Christopher Bodnar, Esq.
Justin Kopf, Esq.
United States Attorney's Office,
63 N. Royal Street, Suite 600
Mobile, AL. 36601

               *s/GORDON ARMSTRONG*
               Gordon G. Armstrong, III